## BROWN *v.* THE STATE.

HILL, J. 1. In the trial of a criminal case the failure of the court to charge the law of confessions, in the absence of an appropriate and timely request, is not cause for the grant of a new trial. *Benjamin* v. *State*, 150 *Ga.* 78 (102 S. E. 427), and cases cited.

2. The evidence authorized the verdict, and the court did not err in refusing a new trial.

*Judgment affirmed. All the Justices concur, except Gilbert, J., absent.*

No. 3041. AUGUST 17, 1922.

Indictment for rape. Before Judge Searcy. Pike superior court. December 10, 1921.

*E. F. Dupree* and *R. C. Johnson Jr.*, for plaintiff in error.

*George M. Napier*, attorney-general, *E. M. Owen*, solicitor-general, *Seward M. Smith*, asst. atly.-gen., and *H. A. Rider*, contra.